IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NEIL SINGLETON,                          )
                                         )
    Plaintiff,                           )
                                         )
v.                                       )   CASE NO. CV420-131
                                         )
MAYOR VAN R. JOHNSON, R. BATES           )
LOVETT, and CITY OF SAVANNAH,            )
GEORGIA,                                 )
                                         )
    Defendants.                          )
                                         )

O R D E R

Before the Court is the parties' Stipulation of Dismissal without Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE.** As a result, Plaintiff's Motion for Emergency Injunctive Relief (Doc. 7) and Defendants' Motion to Dismiss (Doc. 9) are **DISMISSED AS MOOT.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA